## GWIN ET AL. *vs.* WHITAKER.

[LIBEL IN ADMIRALTY AGAINST STEAMBOAT.]

1. *Rendition of judgment at first term.*—Under section 2698 of the Code, judgment in an admiralty proceeding cannot be rendered at the first term, unless the boat has been seized twenty days prior thereto; and this provision is not repealed or modified by any of the statutes or rules regulating the practice in the courts of Mobile.

APPEAL from the Circuit Court of Mobile.
Tried before the Hon. C. W. RAPIER.

THE appellee in this case filed a libel in admiralty against the steamboat *Sumter*, on the 15th day of August, 1865. The boat was seized on the same day, and the appellants intervened as stipulators. On the "third Monday in August, 1865," the court rendered a decree against the stipulators, in favor of the libellant, for the amount of his claim as proved, the decree reciting that the stipulators failed to appear ; and its decree is now assigned as error.

ANDERSON & BOND, for appellants.
W. BOYLES, *contra*.

BYRD, J.—The judgment in this case was premature. Code, § 2698. We cannot assent to the conclusion of the attorney for appellee, in his learned argument, that the above section of the Code has been modified or repealed by the statutes and rules of court to which he refers. The other questions having any merit, raised on the record and in the argument of counsel, will not again arise in this case, in the same form as now presented, and we therefore see no necessity for their adjudication.

Let the cause be reversed and remanded.